UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Krystena M. Soder, | Case No.: 05 CV 1023 MJD/RLE |
| Plaintiff, | |
| vs. | **ORDER** |
| I. C. Systems, | |
| Defendant. | |

---

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**BY THE COURT**

Dated: July 26, 2005
<span>    </span>s/ Michael J. Davis
The Honorable Michael J. Davis
Judge of United States District Court

1